TRINA A. HIGGINS, United States Attorney (#7349)
MARK K. VINCENT, Assistant United States Attorney (#5357)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

FILED US District Court-UT
SEP 04 '24 AM 10:23

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMY MARTINSEN<br>a/k/a Amy Guymon,<br>JASON GUYMON, and<br>JULIAN DON STEVENS<br>a/k/a J.D. Stevens,<br><br>Defendants. | 2:23-CR-342-DBB<br><br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>COUNT I - 21 U.S.C. §§ 841(a)(l) & 846, Conspiracy to Distribute alpha-Pyrrolidinohexanophenone (a-PHP)<br>(ALL DEFENDANTS)<br><br>COUNT II - 21 U.S.C. § 841(a)(l), Possession with Intent to Distribute alpha-Pyrrolidinohexanophenone (a-PHP)<br>(MARTINSEN & GUYMON)<br><br>COUNT III - 18 U.S.C. § 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br>(MARTINSEN & GUYMON)<br><br>COUNT IV - 18 U.S.C. § 922(g)(l), Felon in Possession of Firearms and Ammunition<br>(GUYMON) |

The Grand Jury charges:

1

## COUNT I
21 U.S.C. §§ 841(a)(l) & 846
(Conspiracy to Distribute Conspiracy alpha-Pyrrolidinohexanophenone (a-PHP))

Beginning on a date unknown, and at least as far back as May 23, 2023, and continuing to on or about August 1, 2023, in the District of Utah, and elsewhere,

AMY MARTINSEN, JASON GUYMON, and JULIAN DON STEVENS,

the defendants herein, did knowingly and intentionally conspire with each other and others known and unknown, to distribute a controlled substance, to wit: alpha-Pyrrolidinohexanophenone (a-PHP), a Schedule I Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(l) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(l)(C).

## COUNT II
21 U.S.C. §§ 841(a)(l)
(Possession with Intent to Distribute alpha-Pyrrolidinohexanophenone (a-PHP))

On or about August 1, 2023, in the District of Utah,

AMY MARTINSEN and JASON GUYMON,

the defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: alpha-Pyrrolidinohexanophenone (a-PHP), a Schedule I Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(l) and punishable pursuant to 21 U.S.C. § 841(b)(l)(C).

## COUNT III
18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about August 1, 2023, in the District of Utah,

AMY MARTINSEN and JASON GUYMON,

the defendants herein, did knowingly possess one or more firearms, to wit: a Sig Sauer P238 handgun; a Sig Sauer P365 handgun; a Taurus TX handgun; and a Davidson Defense AR15 rifle, in furtherance of a drug trafficking crime, as described in Count I of this Superseding Indictment and fully incorporated herein; all in violation of 18 U.S.C. § 924(c), and punishable under 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT IV
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms and Ammunition)

On or about August 1, 2023, in the District of Utah,

JASON GUYMON,

the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit: a Sig Sauer P238 handgun; a Sig Sauer P365 handgun; a Taurus TX handgun; and a Davidson Defense AR15 rifle, and associated ammunition, and the firearms and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1) and punishable pursuant to 18 U.S.C. § 924(a)(8).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of any offense violating 21 U.S.C. § 841, the defendant(s) shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, the offense(s).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 922 or 924, or 21 U.S.C. § 841, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to:

- Sig Sauer P365 handgun SN 66B578885 and associated ammunition and magazines;

- Taurus TX handgun SN 1PT046735 and associated ammunition and magazines; and

- Davidson Defense AR15 rifle SN A002b3 8 and associated ammunition and magazines.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
MARK K. VINCENT
Assistant United States Attorney